**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: GALLAGHER, PATRICIA ANN | § Case No. 14-82297 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  U.S. Bankruptcy Court
  Stanley J. Rozkowski U.S. Courthouse
  327 S. Church Street
  Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/09/2015 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 08/26/2015        By: /s/MEGAN G. HEEG
                                                Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: GALLAGHER, PATRICIA ANN                  § Case No. 14-82297
                                                §
                                                §
                                                §
Debtor(s)                                       §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 13,676.02 |
| *and approved disbursements of* | $ 37.99 |
| *leaving a balance on hand of* [1] | $ 13,638.03 |

**Balance on hand:**                                    $        13,638.03

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:     $           0.00
Remaining balance:                          $      13,638.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,025.21 | 0.00 | 2,025.21 |
| Trustee, Expenses - MEGAN G. HEEG | 16.84 | 0.00 | 16.84 |

Total to be paid for chapter 7 administration expenses:   $        2,042.05
Remaining balance:                                         $       11,595.98

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 11,595.98

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,312.48 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | IRS Priority Debt | 2,312.48 | 0.00 | 2,312.48 |

Total to be paid for priority claims: $ 2,312.48
Remaining balance: $ 9,283.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,346.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 709.59 | 0.00 | 709.59 |
| 2 | Capital One Bank (USA), N.A. | 648.46 | 0.00 | 648.46 |
| 3 | Capital One Bank (USA), N.A. | 2,822.50 | 0.00 | 2,822.50 |
| 4 | Capital One, N.A. | 2,149.64 | 0.00 | 2,149.64 |
| 5U | IRS Priority Debt | 24.99 | 0.00 | 24.99 |
| 6 | Capital One, N.A. | 451.32 | 0.00 | 451.32 |
| 7 | Capital Recovery V, LLC | 538.55 | 0.00 | 538.55 |
| 8 | Capital Recovery V, LLC | 1,001.78 | 0.00 | 1,001.78 |

Total to be paid for timely general unsecured claims: $ 8,346.83
Remaining balance: $ 936.67

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 936.67 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 936.67 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $12.76. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $923.91.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MEGAN G. HEEG
_____
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                      Case No. 14-82297-TML
Patricia Ann Gallagher                                      Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave            Page 1 of 2            Date Rcvd: Sep 28, 2015
                              Form ID: pdf006            Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2015.
db            +Patricia Ann Gallagher,    7295 Forest Glen,    APT# H,   Rockford, IL 61114-8031
22200312     #+Bice Rentals,    Bankruptcy Dept.,    PO Box 20613,    Boulder,CO 80308-3613
22200300      +CAP ONE NA,    Attn: Bankruptcy Dept.,    Po Box 26625,    Richmond,VA 23261-6625
22200298     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond,VA 23285)
22200297      +COMENITY BANK/Bergners,    Attn: Bankruptcy Dept.,    3100 Easton Square Pl,
                Columbus,OH 43219-6232
22885999       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
22960725       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22886017       Capital One, N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
22200291      +Charter Communications - WI GL,    C/O Credit Management LP,    4200 International Pkwy,
                Carrollton,TX 75007-1912
22200313      +Damage Recovery Unit,    Bankruptcy Dept.,    PO Box 842442,    Dallas,TX 75284-2442
22200310       Enterprise Rent-a-car,    Bankruptcy Dept.,    1550 S. Elmhurst Rd.,    Mt. Prospect,IL 60056-5205
22200292      +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
22200293      +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
22200290      +First National BANK AN,    Attn: Bankruptcy Dept.,    345 E Grand Ave,    Beloit,WI 53511-6226
22200305      +Forest City Diagnostic Imaging,    Bankruptcy Dept.,    9960 W. 191st Street,    Suite A,
                Mokena,IL 60448-8642
22200304      +Illinois American Water,    C/o Penn Credit,    916 S. 4th Street,    PO Box 988,
                Harrisburg,PA 17108-0988
22200306      +Rockford Health Physicians,    Bankruptcy Dept.,    2300 N. Rockton Avenue,
                Rockford,IL 61103-3619
22200307      +Rockford Radiology Associates,    Bankruptcy Dept.,    PO Box 44269,    Madison,WI 53744-4269
22200308      +Rockford Spine Center,    Bankruptcy Dept.,    PO Box 4533,    Carol Stream,IL 60197-4533
22200309      +Swedish American Medical Group,    Bankruptcy Dept.,    PO Box 1567,    Rockford,IL 61110-0067
22200294      +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000
22200314      +Varin-Forest Glen LLC,    DBA Forst Glen Apartments,    7010 Forest Glen Drive,
                Rockford,IL 61114-8012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23110943       E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2015 01:25:19     Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22200289      +E-mail/Text: collections@cornerstonecu.org Sep 29 2015 01:16:41     Cornerstone CU,
                Attn: Bankruptcy Dept.,    550 W Meadows Dr,    Freeport,IL 61032-5072
22200288      +E-mail/Text: aquist@creditorsprotection.com Sep 29 2015 01:17:34     Creditors Protection S,
                Attn: Bankruptcy Dept.,    202 W State St Ste 300,    Rockford,IL 61101-1163
22200303      +E-mail/Text: Bankruptcy.Consumer@dish.com Sep 29 2015 01:15:59     Dish Network,
                Bankruptcy Dept.,    PO Box 94063,    Palatine,IL 60094-4063
22200302       E-mail/Text: bankruptcynotification@frontiercorp.com Sep 29 2015 01:17:43
                Frontier Communications,    Bankruptcy Dept.,    1398 S. Woodland Blvd,    Suite B,
                Deland,FL 32720
22200296       E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2015 01:24:33     Gecrb/JCP,
                Attn: Bankruptcy Dept.,    Po Box 984100,    El Paso,TX 79998
22200299      +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2015 01:24:33     Gecrb/Walmart,
                Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso,TX 79998-1400
22200311      +E-mail/Text: cio.bncmail@irs.gov Sep 29 2015 01:15:28     IRS Priority Debt,    Bankruptcy Dept.,
                PO Box 7346,    Philadelphia,PA 19101-7346
22200295      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 29 2015 01:15:19     Kohls/Capone,
                Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls,WI 53051-7096
22835942       E-mail/Text: bnc-quantum@quantum3group.com Sep 29 2015 01:15:47
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22200301*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     Attn: Bankruptcy Dept.,    Po Box 85520,
                 Richmond,VA 23285)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-3          User: kkrystave           Page 2 of 2              Date Rcvd: Sep 28, 2015
                              Form ID: pdf006           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2015 at the address(es) listed below:
              Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
              Nathan E Curtis   on behalf of Debtor Patricia Ann Gallagher ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                        TOTAL: 3
```