**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: GALLAGHER, PATRICIA ANN § Case No. 14-82297
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $6,625.00     Assets Exempt: $6,650.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,672.07     Claims Discharged
    Without Payment: $0.00

Total Expenses of Administration: $2,080.04

---

    3) Total gross receipts of $ 13,676.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 923.91 (see **Exhibit 2**), yielded net receipts of $12,752.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $226.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,080.04 | 2,080.04 | 2,080.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,312.48 | 2,312.48 | 2,312.48 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 515.00 | 8,359.59 | 8,359.59 | 8,359.59 |
| **TOTAL DISBURSEMENTS** | $741.00 | $12,752.11 | $12,752.11 | $12,752.11 |

4) This case was originally filed under Chapter 7 on July 25, 2014. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/07/2016          By: /s/MEGAN G. HEEG
                                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| OTHER CONTINGENT AND UNLIQUIDATED CLAIMS | 1210-000 | 13,676.02 |
| **TOTAL GROSS RECEIPTS** | | **$13,676.02** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GALLAGHER, PATRICIA ANN | Dividend paid 100.00% on $923.91; Claim# SURPLUS; Filed: $923.91; Reference: | 8200-002 | 923.91 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$923.91** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | 1 First National BANK AN | 4110-000 | 226.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$226.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,025.21 | 2,025.21 | 2,025.21 |
| MEGAN G. HEEG | 2200-000 | N/A | 16.84 | 16.84 | 16.84 |
| Rabobank, N.A. | 2600-000 | N/A | 17.70 | 17.70 | 17.70 |
| Rabobank, N.A. | 2600-000 | N/A | 20.29 | 20.29 | 20.29 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | $2,080.04 | $2,080.04 | $2,080.04 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | IRS Priority Debt | 5200-000 | N/A | 2,312.48 | 2,312.48 | 2,312.48 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $2,312.48 | $2,312.48 | $2,312.48 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 709.59 | 709.59 | 709.59 |
| 1I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 0.85 | 0.85 | 0.85 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 648.46 | 648.46 | 648.46 |
| 2I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 0.78 | 0.78 | 0.78 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 2,822.50 | 2,822.50 | 2,822.50 |
| 3I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 3.38 | 3.38 | 3.38 |
| 4 | Capital One, N.A. | 7100-000 | N/A | 2,149.64 | 2,149.64 | 2,149.64 |
| 4I | Capital One, N.A. | 7990-000 | N/A | 2.57 | 2.57 | 2.57 |
| 5U | IRS Priority Debt | 7100-000 | N/A | 24.99 | 24.99 | 24.99 |
| 6 | Capital One, N.A. | 7100-000 | 515.00 | 451.32 | 451.32 | 451.32 |
| 6I | Capital One, N.A. | 7990-000 | N/A | 0.54 | 0.54 | 0.54 |
| 7 | Capital Recovery V, LLC | 7100-000 | N/A | 538.55 | 538.55 | 538.55 |
| 7I | Capital Recovery V, LLC | 7990-000 | N/A | 0.64 | 0.64 | 0.64 |
| 8 | Capital Recovery V, LLC | 7100-000 | N/A | 1,001.78 | 1,001.78 | 1,001.78 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8I | Capital Recovery V, LLC | 7990-000 | N/A | 1.20 | 1.20 | 1.20 |
| 5PI | IRS Priority Debt | 7990-000 | N/A | 2.77 | 2.77 | 2.77 |
| 5UI | IRS Priority Debt | 7990-000 | N/A | 0.03 | 0.03 | 0.03 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $515.00 | $8,359.59 | $8,359.59 | $8,359.59 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82297  
**Case Name:** GALLAGHER, PATRICIA ANN  

**Period Ending:** 01/07/16

**Trustee:** (330490)  MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/25/14 (f)  
**§341(a) Meeting Date:** 08/28/14  
**Claims Bar Date:** 04/14/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | checking account with - Blackhawk Bank, Rockford<br>Imported from original petition Doc# 1 | 92.00 | 0.00 | | 0.00 | FA |
| 2 | checking account with - First National Bank, Roc<br>Imported from original petition Doc# 1 | 126.00 | 0.00 | | 0.00 | FA |
| 3 | Security Deposit with Corn Ed<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Security Deposit with Nicor<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Security Deposit with current landlord<br>Imported from original petition Doc# 1 | 807.00 | 0.00 | | 0.00 | FA |
| 6 | Household Goods; tv, vcr, stereo, couch, utensil<br>Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 7 | Books, CD's, DVD's, Tapes/Records, Family Pictur<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Necessary wearing apparel.<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Earrings, watch, costume jewelry<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Potential Claim against Son (several of Debtors<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | First National BANK AN - 2002 Oldsmobile Bravada<br>Imported from original petition Doc# 1 | 4,650.00 | 2,024.00 | | 0.00 | FA |
| 12 | OTHER CONTINGENT AND UNLIQUIDATED<br>CLAIMS  (u)<br>  Potential claim from wrongful death suit (Debtor's deceased brother's estate is pursuing, represented by Jo ellen Vork, Case No. CV 201400148, Cila County Superior Court, Payson, Arizona)  First disclosed in Amended Schedule B | Unknown | 18,676.02 | | 13,676.02 | FA |
| 12  Assets  Totals (Excluding unknown values) | **$6,625.00** | **$20,700.02** | | **$13,676.02** | **$0.00** |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82297  
**Case Name:** GALLAGHER, PATRICIA ANN  

**Trustee:** (330490)  MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/25/14 (f)  
**§341(a) Meeting Date:** 08/28/14  

**Period Ending:** 01/07/16  
**Claims Bar Date:** 04/14/15  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2015        **Current Projected Date Of Final Report (TFR):**     August 26, 2015  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-82297  
**Case Name:** GALLAGHER, PATRICIA ANN  
**Taxpayer ID #:** **-***5859  
**Period Ending:** 01/07/16  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1966 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/02/15 | {12} | Law Offices of Jo Ellen Vork | wrongful death suit proceeds due Debtor | 1210-000 | 13,676.02 | | 13,676.02 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.70 | 13,658.32 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.29 | 13,638.03 |
| 11/12/15 | 101 | IRS Priority Debt | Dividend paid 100.00% on $2,312.48; Claim# 5P; Filed: $2,312.48; Reference: | 5200-000 | | 2,312.48 | 11,325.55 |
| 11/12/15 | 102 | Quantum3 Group LLC as agent for | Dividend paid 100.00% on $709.59; Claim# 1; Filed: $709.59; Reference: | 7100-000 | | 709.59 | 10,615.96 |
| 11/12/15 | 103 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $648.46; Claim# 2; Filed: $648.46; Reference: | 7100-000 | | 648.46 | 9,967.50 |
| 11/12/15 | 104 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $2,822.50; Claim# 3; Filed: $2,822.50; Reference: | 7100-000 | | 2,822.50 | 7,145.00 |
| 11/12/15 | 105 | Capital One, N.A. | Dividend paid 100.00% on $2,149.64; Claim# 4; Filed: $2,149.64; Reference: | 7100-000 | | 2,149.64 | 4,995.36 |
| 11/12/15 | 106 | IRS Priority Debt | Dividend paid 100.00% on $24.99; Claim# 5U; Filed: $24.99; Reference: | 7100-000 | | 24.99 | 4,970.37 |
| 11/12/15 | 107 | Capital One, N.A. | Dividend paid 100.00% on $451.32; Claim# 6; Filed: $451.32; Reference: | 7100-000 | | 451.32 | 4,519.05 |
| 11/12/15 | 108 | Capital Recovery V, LLC | Dividend paid 100.00% on $538.55; Claim# 7; Filed: $538.55; Reference: | 7100-000 | | 538.55 | 3,980.50 |
| 11/12/15 | 109 | Capital Recovery V, LLC | Dividend paid 100.00% on $1,001.78; Claim# 8; Filed: $1,001.78; Reference: | 7100-000 | | 1,001.78 | 2,978.72 |
| 11/12/15 | 110 | Quantum3 Group LLC as agent for | Dividend paid 100.00% on $0.85; Claim# 1I; Filed: $0.85; Reference: | 7990-000 | | 0.85 | 2,977.87 |
| 11/12/15 | 111 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $0.78; Claim# 2I; Filed: $0.78; Reference: | 7990-000 | | 0.78 | 2,977.09 |
| 11/12/15 | 112 | Capital One Bank (USA), N.A. | Dividend paid 100.00% on $3.38; Claim# 3I; Filed: $3.38; Reference: | 7990-000 | | 3.38 | 2,973.71 |
| 11/12/15 | 113 | Capital One, N.A. | Dividend paid 100.00% on $2.57; Claim# 4I; Filed: $2.57; Reference: | 7990-000 | | 2.57 | 2,971.14 |
| 11/12/15 | 114 | Capital One, N.A. | Dividend paid 100.00% on $0.54; Claim# 6I; Filed: $0.54; Reference: | 7990-000 | | 0.54 | 2,970.60 |
| 11/12/15 | 115 | Capital Recovery V, LLC | Dividend paid 100.00% on $0.64; Claim# 7I; Filed: $0.64; Reference: | 7990-000 | | 0.64 | 2,969.96 |
| 11/12/15 | 116 | Capital Recovery V, LLC | Dividend paid 100.00% on $1.20; Claim# 8I; Filed: $1.20; Reference: | 7990-000 | | 1.20 | 2,968.76 |
| 11/12/15 | 117 | IRS Priority Debt | Dividend paid 100.00% on $2.77; Claim# 5PI; Filed: $2.77; Reference: | 7990-000 | | 2.77 | 2,965.99 |
| 11/12/15 | 118 | IRS Priority Debt | Dividend paid 100.00% on $0.03; Claim# 5UI; | 7990-000 | | 0.03 | 2,965.96 |

Subtotals: $13,676.02    $10,710.06

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 14-82297 | | **Trustee:** | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| **Case Name:** | GALLAGHER, PATRICIA ANN | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******1966 - Checking Account |
| **Taxpayer ID #:** | **-***5859 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 01/07/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $0.03; Reference: | | | | |
| 11/12/15 | 119 | GALLAGHER, PATRICIA ANN | Dividend paid 100.00% on $923.91; Claim# SURPLUS; Filed: $923.91; Reference: | 8200-002 | | 923.91 | 2,042.05 |
| 11/12/15 | 120 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,042.05 | 0.00 |
| | | | Dividend paid 100.00%   2,025.21 on $2,025.21;  Claim# ; Filed: $2,025.21 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   16.84 on $16.84;  Claim# ; Filed: $16.84 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,676.02 | 13,676.02 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 13,676.02 | 13,676.02 | |
| | | | Less: Payments to Debtors | | | 923.91 | |
| | | | **NET Receipts / Disbursements** | | **$13,676.02** | **$12,752.11** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1966** | 13,676.02 | 12,752.11 | 0.00 |
| | **$13,676.02** | **$12,752.11** | **$0.00** |

{} Asset reference(s)